Entered on Docket
June 30, 2009

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

Stephanie L. Cooper, Esquire
Nevada Bar No. 5919
Michael W. Chen, Esquire
Nevada Bar No. 7307
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 435 4181 (facsimile)
Loan No. ******8688/ Our File No. 09-04-3394

Attorney for Secured Creditor
HSBC Bank USA, National Association, as Trustee for the Benefit of the Certificateholders of Nomura Home Equity Loans, Inc. Asset-Backed Certificates, Series 2007-3 C/o Litton Loan Servicing, LP

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re: | |
|---|---|
| JANIS POSEY, | CHAPTER 7 |
| | BANKRUPTCY NO.: 08-18407-LBR |
| Debtor(s) | DATE: Jun 24, 2009 |
| | TIME: 10:30 AM |

**ORDER TERMINATING THE AUTOMATIC STAY
RE: DEBTOR AND BANKRUPTCY ESTATE**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Automatic Stay re:

Debtor and Bankruptcy Estate in the above-entitled Bankruptcy case is terminated as to Secured

Creditor, HSBC Bank USA, National Association, as Trustee for the Benefit of the

Certificateholders of Nomura Home Equity Loans, Inc. Asset-Backed Certificates, Series 2007-3

C/o Litton Loan Servicing, LP , its assignees and/or successors in interest, regarding the property

- 1 -

located and generally described as 2216 Tall Pine Drive, Las Vegas, NV 89108, ("Property" herein) and legally described as follows:

SEE LEGAL DESCRIPTION ATTACHED

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that no less than five (5) days prior to any first scheduled (or re-scheduled) foreclosure sale following entry of this Order, the Secured Creditor must give the Debtor notice thereof by mailing an additional "notice of foreclosure sale" to the Debtor at the address of the subject property as mentioned above.

Submitted by:

THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm

By:  /s/ Michael W. Chen            Date: _____
     Michael W. Chen, Esq.
     Attorney for Secured Creditor
     HSBC Bank USA, National Association, as Trustee for the Benefit of the Certificateholders of Nomura Home Equity Loans, Inc. Asset-Backed Certificates, Series 2007-3 C/o Litton Loan Servicing, LP

By:  *Emailed 6/25/09- No Response Received*    Date: _____
     Lenard E. Schwartzer
     Chapter Trustee

11/30/2006 13:49 FAX 7029673           MIMI WARD-NTC                    ☒004/011

## EXHIBIT "A"

The land referred to herein situate in the State of Nevada, County of Clark, described as follows:

Lot Sixty-seven (67) in Block Eight (8) of TORREY PINES VILLAGE - UNIT NO. 1, as shown by map thereof on file in Book 26 of Plats, Page 56, in the Office of the County Recorder of Clark County, Nevada.

1. ALTERNATIVE METHOD re: RULE 9021:

2. In accordance with Local Rule 9021, the undersigned certifies:

    \_\_\_\_ The court has waived the requirement of approval under LR 9021.

    \_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.

    _X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond as indicated below:

    Lenard E. Schwartzer – failed to respond

    ###

Motion to Lift Stay - Personal Property - 1